IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>                Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>                Defendants. | Case No. 22-cv-02880<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Sheila M. Finnegan** |

**PLAINTIFF'S *EX PARTE* MOTION TO
EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff General Motors LLC ("Plaintiff" or "GM") seeks to extend the Temporary Restraining Order granted and entered by the Court on June 9, 2022 [22], by a period of fourteen (14) days until July 7, 2022. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated this 17th day of June 2022.        Respectfully submitted,

                                                            /s/ Jake M. Christensen
                                                            Amy C. Ziegler
                                                            Justin R. Gaudio
                                                            Jake M. Christensen
                                                            Rachel S. Miller
                                                            Greer, Burns & Crain, Ltd.
                                                             300 South Wacker Drive, Suite 2500
                                                            Chicago, Illinois 60606
                                                            312.360.0080 / 312.360.9315 (facsimile)
                                                            aziegler@gbc.law
                                                           jgaudio@gbc.law
                                                           jchristensen@gbc.law
                                                           rmiller@gbc.law

                                                           *Counsel for Plaintiff General Motors LLC*