**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

General Motors LLC

                      Plaintiff,

v.                                   Case No.: 1:22−cv−02880

                                  Honorable Martha M. Pacold

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 21, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's ex parte motion to extend the TRO [25] is granted. Under Rule 65(b)(2), the court finds good cause to extend the TRO for 14 days to prevent defendants from transferring assets from their U.S. based financial accounts, modifying the names of their internet stores, or removing their internet stores from their current platforms. The court's TRO [22] entered on 6/9/2022 is extended until 7/5/2022. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.