IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　　　Defendants. | Case No. 22-cv-02880<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## MOTION FOR LEAVE TO AMEND SCHEDULE A TO THE COMPLAINT INSTANTER

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff General Motors LLC ("Plaintiff"), by their counsel, file this Motion requesting leave to file an Amended Schedule A to the Complaint *instanter*, to dismiss the following defendants from this action, who have resolved all underlying claims with Plaintiffs:

| Defendant Name | Line No. |
|---|---|
| W-LONG | 32 |
| XINROAM | 129 |

Plaintiffs are specifically requesting leave to file an Amended Schedule A that will reflect all remaining defendants in this action. Plaintiffs respectfully request leave to file an Amended Schedule A to the Complaint *instanter*.

Dated this 16th day of September 2022.

Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Rachel S. Miller
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff General Motors LLC*