# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

General Motors LLC

                                Plaintiff,

v.                                         Case No.: 1:22−cv−02880

                                       Honorable Martha M. Pacold

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 23, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received plaintiff's motion for leave to amend Schedule A to the complaint instanter [75]. Plaintiff's motion for leave to amend Schedule A [75] is granted. The amended Schedule A has already been filed on the docket. W−LONG and XINROAM terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.